BLANK ROME LLP
Warren A. Koshofer (SBN 213350)
koshofer@blankrome.com
Steven B. Stiglitz (SBN 222667)
stiglitz@blankrome.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

BLANK ROME LLP
David N. Zeehandelaar (*Pro Hac Vice* Pending)
zeehandelaar@blankrome.com
Laurie Alberts Salita (*Pro Hac Vice* Pending)
salita@blankrome.com
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

Attorneys for Defendant
GOODRICH CORPORATION – SUED HEREIN
AS GOODRICH CORP.


BOWLES & VERNA LLP
Michael P. Verna (SBN 84070)
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-09371

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH, individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of | CASE NO. 09-CV-05020-SI<br><br>[Assigned to Hon. Susan Illston]<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

- 1 -

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

103576.00983/21837726v.1

HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SALEMKOUR LACOME; MATTHIEU ARRONDO, individually, as successor-in-interest to CATHERINE ARRONDO TAKVORIA, deceased, and as Personal Representative of the Estate of CATHERINE ARRONDO TAKVORIA; CHANTAL KOEHLER, individually, as successor-in-interest to AUDREY QUESADA, deceased, SANA ZERELLI, deceased, and JASSIM ZERELLI, deceased, and as Personal Representative of the Estates of AUDREY QUESADA, SANA ZERELLI, AND JASSIM ZERELLI; and GUY WARRIOR, individually, as successor-in-interest to NEIL WARRIOR, deceased, and as Personal Representative of the Estate of NEIL WARRIOR,

Plaintiffs,

vs.

AIRBUS S.A.S.; AIRBUS AMERICAS, INC.; HONEYWELL INTERNATIONAL; THALES GROUP; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CO.; ROCKWELL COLLINS CO.; HAMILTON SUNDSTRAND CORP.; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS, LLC; GOODRICH CORP.; DUPONT CO.;' JUDD WIRE CO.; and RAYCHEM CO.,

Defendants.

It is stipulated between and among all PLAINTIFFS and GOODRICH CORPORATION, sued here as Goodrich Corp. (hereinafter "Goodrich"), by their respective attorneys:

1. In order to promote efficiency and uniformity with respect to deadlines for responding to the Plaintiffs' Complaint among all

Defendants whether or not served to date, Plaintiffs and Goodrich have agreed to an extension of time until January 15, 2010 for Goodrich to answer or otherwise respond to the Plaintiffs' Complaint;

2. The parties have not previously requested extensions of any deadlines, and the parties do not believe that this extension will alter any currently existing deadlines or the current case schedule;

3. This stipulation is made without prejudice to Defendant's rights or the rights of any other parties to seek additional time to respond to the Complaint, if necessary; and

4. By entering into this Stipulation, Goodrich does not waive any defenses, rights, privileges or otherwise concede to the appropriateness of this forum for resolution of this dispute.

Dated: December 11, 2009          BLANK ROME LLP


                                  By:  /s/ Warren A. Koshofer
                                       Warren A. Koshofer
                                  Attorneys for Defendant
                                  GOODRICH CORP.

Dated: December 11, 2009          BOWLES & VERNA LLP


                                  By:  /s/ Michael P. Verna
                                       Michael P. Verna
                                  Attorneys for Plaintiffs

---

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

103576.00983/21837726v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of December, 2009, I electronically filed the foregoing Stipulation To Extend The Time To Answer Or Otherwise Respond To Complaint with the Clerk of the Court using the CM/ECF system.

Counsel is also serving by email this document on those parties who have yet to file an appearance in this case.

By: /s/ Linda Sepulvado
Linda Sepulvado

- 1 -

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
103576.00983/21837726v.1