BLANK ROME LLP
Warren A. Koshofer (SBN 213350)
koshofer@blankrome.com
Steven B. Stiglitz (SBN 222667)
stiglitz@blankrome.com
1925 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone:   (424) 239-3400
Facsimile:   (424) 239-3434

BLANK ROME LLP
David N. Zeehandelaar (*Pro Hac Vice* Pending)
zeehandelaar@blankrome.com
Laurie Alberts Salita (*Pro Hac Vice* Pending)
alberts@blankrome.com
130 North 18th Street
Philadelphia, Pennsylvania  19103
Telephone:  (215) 569-5500
Facsimile:   (215) 569-5555

Attorneys for Defendant
GOODRICH CORPORATION – SUED HEREIN
AS GOODRICH CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH, individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SALEMKOUR LACOME; MATTHIEU ARRONDO, individually, as successor-in-interest to CATHERINE ARRONDO | CASE NO. 09-CV-05020-SI<br><br>**[Assigned to Hon. Susan Illston]**<br><br>**MOTION OF DEFENDANT GOODRICH CORPORATION TO SUBSTITUTE DEFENDANT AND AMEND THE CAPTION**<br><br>Date:        January 15, 2010<br>Time:        9:00 a.m.<br>Place:      SF Courtroom 10, 19th Fl. |

1

1   TAKVORIA, deceased, and as Personal
    Representative of the Estate of
2   CATHERINE ARRONDO TAKVORIA;
    CHANTAL KOEHLER, individually, as
3   successor-in-interest to AUDREY
    QUESADA, deceased, SANA ZERELLI,
4   deceased, and JASSIM ZERELLI,
    deceased, and as Personal Representative of
5   the Estates of AUDREY QUESADA,
    SANA ZERELLI, AND JASSIM
6   ZERELLI; and GUY WARRIOR,
    individually, as successor-in-interest to
7   NEIL WARRIOR, deceased, and as
    Personal Representative of the Estate of
8   NEIL WARRIOR,

9                    Plaintiffs,

10       vs.

11  AIRBUS S.A.S.; AIRBUS AMERICAS,
    INC.; HONEYWELL INTERNATIONAL;
12  THALES GROUP; THALES U.S.A., INC.;
    MOTOROLA, INC.; INTEL CO.;
13  ROCKWELL COLLINS CO.;
    HAMILTON SUNDSTRAND CORP.;
14  GENERAL ELECTRIC CO.; GE
    AVIATION SYSTEMS, LLC;
15  GOODRICH CORP.; DUPONT CO.;'
    JUDD WIRE CO.; and RAYCHEM CO.,
16
                     Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

---

**MOTION OF DEFENDANT GOODRICH CORPORATION TO SUBSTITUTE DEFENDANT**

103576.00983/95004888v.1

1     Now comes the Defendant GOODRICH CORPORATION, sued herein as
2   Goodrich Corp., by its attorneys, and moves the Court to substitute
3   ROSEMOUNT AEROSPACE INC. in place of GOODRICH CORPORATION
4   (hereinafter "Goodrich") as a Defendant and amend the caption accordingly.  In
5   support thereof the Court is advised:

6   1.    Plaintiffs have filed this action alleging damages resulting from the
7         crash of a certain aircraft.

8   2.    In their Complaint, Plaintiffs allege *inter alia*: "Goodrich designed,
9         manufactured, assembled, marketed, and sold, component parts
10        included on the Subject Aircraft, including but not limited to the
11        angle of attack sensors and in-flight ice detection system.  The angle
12        of attack sensors, in-flight ice detection system, and other component
13        parts designed and manufactured by Goodrich were defective when
14        they left the custody and control of Goodrich, and were a proximate
15        cause of the crash as alleged above."  Pl. Complaint, para. 45.

16  3.    Movant's counsel and Plaintiffs' counsel have entered into a
17        Stipulation to Substitute Parties and Amend the Caption which is
18        incorporated into the Motion by which the parties agree that the
19        Court may:

20        a.    Substitute ROSEMOUNT AEROSPACE INC. for
21              GOODRICH CORPORATION as a Defendant without
22              prejudice to being added back into the case by Plaintiffs;

23        b.    Amend the caption accordingly, without prejudice;

24        c.    Substitute the appearances of counsel for GOODRICH
25              CORPORATION for ROSEMOUNT AEROSPACE INC.

26  / / /
27  / / /
28                                      - 1 -

**MOTION OF DEFENDANT GOODRICH CORPORATION TO SUBSTITUTE DEFENDANT**
103576.00983/95004888v.1

1      4.      By way of Stipulation to Extend Time To Answer or Otherwise

2              Respond to Complaint filed with the Court on December 11, 2009,

3              the time for GOODRICH CORPORATION, or ROSEMOUNT

4              AEROSPACE INC. should this motion be granted, to answer or

5              otherwise respond to the Plaintiff's Complaint has been extended to

6              January 15, 2010, which is the same date as the hearing date on this

7              Motion.

8          Wherefore, Movant prays an Order in the form submitted be entered as

9      soon as practicable by the Court.

10

11

12     Dated:  December 11, 2009              BLANK ROME LLP

13

14                                           By:    /s/ Warren A. Koshofer

15                                                  Warren A. Koshofer
                                             Attorneys for Defendant
16                                           GOODRICH CORPORATION

17

18

19

20

21

22

23

24

25

26

27

28

---

**MOTION OF DEFENDANT GOODRICH CORPORATION TO SUBSTITUTE DEFENDANT**

103576.00983/95004888v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of December, 2009, I electronically filed the foregoing Motion Of Defendant Goodrich Corporation to Substitute Defendant and Amend the Caption with the Clerk of the Court using the CM/ECF system.

Counsel is also serving by email this document on those parties who have yet to file an appearance in this case.

By: *Linda Sepulvado*
Linda Sepulvado

- 1 -