BLANK ROME LLP
Warren A. Koshofer (SBN 213350)
koshofer@blankrome.com
Steven B. Stiglitz (SBN 222667)
stiglitz@blankrome.com
1925 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone:   (424) 239-3400
Facsimile:    (424) 239-3434

BLANK ROME LLP
David N. Zeehandelaar (*Pro Hac Vice* Pending)
zeehandelaar@blankrome.com
Laurie Alberts Salita (*Pro Hac Vice* Pending)
salita@blankrome.com
130 North 18th Street
Philadelphia, Pennsylvania  19103
Telephone:   (215) 569-5500
Facsimile:    (215) 569-5555

Attorneys for Defendant
GOODRICH CORPORATION – SUED HEREIN
AS GOODRICH CORP. and ROSEMOUNT AEROSPACE INC.

BOWLES & VERNA LLP
Michael P. Verna (SBN 84070)
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone:   (925) 935-3300
Facsimile:    (925) 935-09371

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH, individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of | CASE NO. 09-CV-05020-SI<br><br>[Assigned to Hon. Susan Illston]<br><br>**STIPULATION TO SUBSTITUTE DEFENDANT AND AMEND THE CAPTION** |

1

| | |
|---|---|
| 1 | HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SALEMKOUR LACOME; MATTHIEU ARRONDO, individually, as successor-in-interest to CATHERINE ARRONDO TAKVORIA, deceased, and as Personal Representative of the Estate of CATHERINE ARRONDO TAKVORIA; CHANTAL KOEHLER, individually, as successor-in-interest to AUDREY QUESADA, deceased, SANA ZERELLI, deceased, and JASSIM ZERELLI, deceased, and as Personal Representative of the Estates of AUDREY QUESADA, SANA ZERELLI, AND JASSIM ZERELLI; and GUY WARRIOR, individually, as successor-in-interest to NEIL WARRIOR, deceased, and as Personal Representative of the Estate of NEIL WARRIOR, |
| 13 | Plaintiffs, |
| 14 | vs. |
| 15 | AIRBUS S.A.S.; AIRBUS AMERICAS, INC.; HONEYWELL INTERNATIONAL; THALES GROUP; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CO.; ROCKWELL COLLINS CO.; HAMILTON SUNDSTRAND CORP.; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS, LLC; GOODRICH CORP.; DUPONT CO.;' JUDD WIRE CO.; and RAYCHEM CO., |
| 21 | Defendants. |

**STIPULATION TO SUBSTITUTE DEFENDANT AND AMEND THE CAPTION**

103576.00983/95004919v.1

1  It is stipulated between and among all PLAINTIFFS and GOODRICH
2  CORPORATION, sued here as Goodrich Corp., and ROSEMOUNT
3  AEROSPACE INC., by their respective attorneys:
4     1. That ROSEMOUNT AEROSPACE INC. may be substituted as the
5         Defendant in place of GOODRICH CORPORATION, which may be
6         withdrawn as a party Defendant without prejudice to being added
7         back into the case by Plaintiffs;
8     2. The caption of this action may be amended to reflect the above
9         substitution, without prejudice;
10    3. ROSEMOUNT AEROSPACE INC. waives service of process and
11        submits to the jurisdiction of this Court;
12    4. All due dates for pleading or action by GOODRICH
13        CORPORATION are applicable to ROSEMOUNT AEROSPACE
14        INC.; and
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

- 1 -

**STIPULATION TO SUBSTITUTE DEFENDANT AND AMEND THE CAPTION**

103576.00983/95004919v.1

5.   The appearances of counsel filed on behalf of GOODRICH CORPORATION may be withdrawn and substituted for ROSEMOUNT AEROSPACE INC.

Dated:  December 11, 2009          BLANK ROME LLP


By:   /s/ Warren A. Koshofer
      Warren A. Koshofer
Attorneys for Defendant
GOODRICH CORPORATION and
ROSEMOUNT AEROSPACE INC.


Dated:  December 11, 2009          BOWLES & VERNA LLP


By:   /s/ Michael P. Verna
      Michael P. Verna
Attorneys for Plaintiffs

---

**STIPULATION TO SUBSTITUTE DEFENDANT AND AMEND THE CAPTION**

103576.00983/95004919v.1