Alan H. Collier, SBN 150449
Aghavni V. Kasparian, SBN 204136
Courtney P. McIntire, SBN 246299
**MENDES & MOUNT, LLP**
445 S. Figueroa Street, 38th Floor
Los Angeles, CA  90071
Tel:  (213) 955-7700
Fax:  (213) 955-7725

Attorneys for Defendant
HAMILTON SUNDSTRAND CORPORATION

Michael P. Verna, SBN 84070
**BOWLES & VERNA LLP**
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Tel:  (925) 935-3300
Fax:  (925) 935-0371

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION – E-FILING

| | |
|---|---|
| MARGITA GERGELOVA, et al.<br><br>Plaintiff,<br><br>v.<br><br>AIRBUS S.A.S., et al.<br><br>Defendants. | CASE NO. 09-CV-05020-SI<br><br>[Assigned to Hon. Susan Illston]<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

It is stipulated between and among all PLAINTIFFS and HAMILTON SUNDSTRAND CORPORATION, sued herein as HAMILTON SUNDSTRAND CORP. (hereinafter "Hamilton Sundstrand"), by their respective attorneys:

///

1

1.  In order to promote efficiency and uniformity with respect to deadlines for responding to the Plaintiffs' Complaint among all Defendants whether or not served to date, Plaintiffs and Hamilton Sundstrand have agreed to an extension of time until January 15, 2010 for Hamilton Sundstrand to answer or otherwise respond to the Plaintiffs' Complaint;

2.  The parties have not previously requested extensions of any deadlines, and the parties do not believe that this extension will alter any currently existing deadlines or the current case schedule;

3.  This stipulation is made without prejudice to Hamilton Sundstrand's rights or the rights of any other parties to seek additional time to respond to the Complaint, if necessary; and

4.  By entering into this Stipulation, Hamilton Sundstrand does not waive any defenses, rights, privileges or otherwise concede to the appropriateness of this forum for resolution of this dispute.

DATED: December 11, 2009                MENDES & MOUNT, LLP

                                        By:    /s/ Aghavni V. Kasparian
                                        Aghavni V. Kasparian
                                        Attorneys for Defendant
                                        HAMILTON SUNDSTRAND
                                        CORPORATION

DATED: December 11, 2009                BOWLES & VERNA LLP

                                        By:    /s/ Michael P. Verna
                                        Michael P. Verna
                                        Attorneys for Plaintiffs