```
 1  Alan H. Collier, SBN 150449
    Aghavni V. Kasparian, SBN 204136
 2  Courtney P. McIntire, SBN 246299
    MENDES & MOUNT, LLP
 3  445 S. Figueroa Street, 38th Floor
    Los Angeles, CA  90071
 4  Tel:  (213) 955-7700
    Fax: (213) 955-7725
 5
 6  Attorneys for Defendant
    HAMILTON SUNDSTRAND CORPORATION
 7
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION – E-FILING

| MARGITA GERGELOVA, et al. | ) CASE NO. 09-CV-05020-SI |
|---|---|
| Plaintiff, | ) [Assigned to Hon. Susan Illston] |
| v. | ) |
| AIRBUS S.A.S., et al. | ) **DEFENDANT HAMILTON SUNDSTRAND CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Defendants. | ) **(Civil Local Rule 3-16)** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    United Technologies Corporation (parent corporation of defendant Hamilton Sundstrand Corporation); and

///

///

///

2. ACE Global Markets Limited (lead insurance carrier for Hamilton Sundstrand Corporation).

DATED: December 11, 2009

MENDES & MOUNT, LLP

By: _____
Aghavni V. Kasparian
Attorneys for Defendant
HAMILTON SUNDSTRAND CORPORATION

2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, CASE NO.: 09-CV-05020-SI

1121163.2 Certification of Interested Parties