AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

MARGITA GERGELOVA, et al.　　　　　　　)
　　　　　　　*Plaintiff*　　　　　　　　　　)
　　　　　　　v.　　　　　　　　　　　　　) Case No. 09-CV-05020-SI
AIRBUS S.A.S, et al.　　　　　　　　　　　)
　　　　　　　*Defendant*　　　　　　　　　)

**APPEARANCE OF COUNSEL**

To:　　The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hamilton Sundstrand Corporation, sued herein as Hamilton Sundstrand Corp.

Date: December 11, 2009

　　　　　　　　　　　　　　　　　　　　　　　*Attorney's signature*

Alan H. Collier SBN 150449
　　　　*Printed name and bar number*

Mendes & Mount, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA  90071
　　　　　　*Address*

alan.collier@mendes.com
　　　　*E-mail address*

213-955-7700
　　　　*Telephone number*

213-955-7725
　　　　*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com