AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

MARGITA GERGELOVA, et al.
        *Plaintiff*
        v.
AIRBUS S.A.S, et al.
        *Defendant*

Case No. 09-CV-05020-SI

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hamilton Sundstrand Corporation, sued herein as Hamilton Sundstrand Corp.

Date: December 11, 2009

*Attorney's signature*

Courtney P. McIntire SBN 246299
*Printed name and bar number*

Mendes & Mount, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA 90071
*Address*

courtney.mcintire@mendes.com
*E-mail address*

213-955-7700
*Telephone number*

213-955-7725
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com