| | |
|---|---|
| 1 | PHILIP A. LEIDER (SBN 229751)<br>PERKINS COIE LLP |
| 2 | Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111 |
| 3 | Telephone: 415-344-7000<br>Facsimile: 415-344-7050 |
| 4 | PLeider@perkinscoie.com |
| 5 | JOHN DILLOW (*Pro Hac Vice* Forthcoming)<br>V.L. WOOLSTON (*Pro Hac Vice* Forthcoming) |
| 6 | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800 |
| 7 | Seattle, WA 98101<br>Telephone:   (206) 359-8000 |
| 8 | Facsimile:   (206) 359-9000<br>JDillow@perkinscoie.com |
| 9 | VWoolston@perkinscoie.com |
| 10 | Attorneys for Defendant<br>INTEL CORPORATION |
| 11 | |
| 12 | BOWLES & VERNA LLP<br>Michael P. Verna (SBN 84070) |
| 13 | 2121 N. California Boulevard, Suite 875<br>Walnut Creek, California 94596 |
| 14 | Telephone:   (925) 935-3300<br>Facsimile:   (925) 935-09371 |
| 15 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH, individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SALEMKOUR LACOME; MATTHIEU ARRONDO, individually, as successor-in-interest to CATHERINE ARRONDO TAKVORIA, | CASE NO. 09-CV-05020-SI<br><br>[Assigned to Hon. Susan Illston]<br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| 1 | deceased, and as Personal Representative of the Estate of CATHERINE ARRONDO TAKVORIA; CHANTAL KOEHLER, individually, as successor-in-interest to AUDREY QUESADA, deceased, SANA ZERELLI, deceased, and JASSIM ZERELLI, deceased, and as Personal Representative of the Estates of AUDREY QUESADA, SANA ZERELLI, AND JASSIM ZERELLI; and GUY WARRIOR, individually, as successor-in-interest to NEIL WARRIOR, deceased, and as Personal Representative of the Estate of NEIL WARRIOR, |

Plaintiffs,

vs.

AIRBUS S.A.S.; AIRBUS AMERICAS, INC.; HONEYWELL INTERNATIONAL; THALES GROUP; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CO.; ROCKWELL COLLINS CO.; HAMILTON SUNDSTRAND CORP.; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS, LLC; GOODRICH CORP.; DUPONT CO.; JUDD WIRE CO.; and RAYCHEM CO.,

Defendants.

TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Philip A. Leider of Perkins Coie LLP, a member of the State Bar of California and admitted to practice before the Court, is appearing as counsel of record for Defendant Intel Corporation. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be electronically served on the undersigned counsel.

Dated: December 14, 2009          PERKINS COIE LLP

By: _____/s/ Philip A. Leider_____
Philip A. Leider

Attorneys for Defendant
INTEL CORPORATION

- 2 -

NOTICE OF APPEARANCE
CASE NO. 09-CV-05020-SI

<u>Certificate of Service</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 14th day of December, 2009, with a copy of this document via the Court's CM/ECF system. I certify that all parties who have appeared in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

*Sheila Merrill*
Sheila Merrill

20336-1278/LEGAL17435118.1

- 3 -

NOTICE OF APPEARANCE
CASE NO. 09-CV-05020-SI