| | |
|---|---|
| 1 | PHILIP A. LEIDER (SBN 229751) |
| | PERKINS COIE LLP |
| 2 | Four Embarcadero Center, Suite 2400 |
| | San Francisco, CA 94111 |
| 3 | Telephone: 415-344-7000 |
| | Facsimile: 415-344-7050 |
| 4 | PLeider@perkinscoie.com |
| 5 | JOHN DILLOW (*Pro Hac Vice* Forthcoming) |
| | V.L. WOOLSTON (*Pro Hac Vice* Forthcoming) |
| 6 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4800 |
| 7 | Seattle, WA 98101 |
| | Telephone:   (206) 359-8000 |
| 8 | Facsimile:    (206) 359-9000 |
| | JDillow@perkinscoie.com |
| 9 | VWoolston@perkinscoie.com |
| 10 | Attorneys for Defendant |
| | INTEL CORPORATION |
| 11 | |
| | BOWLES & VERNA LLP |
| 12 | Michael P. Verna (SBN 84070) |
| | 2121 N. California Boulevard, Suite 875 |
| 13 | Walnut Creek, California 94596 |
| | Telephone:   (925) 935-3300 |
| 14 | Facsimile:    (925) 935-09371 |
| 15 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH, individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SALEMKOUR LACOME; MATTHIEU ARRONDO, individually, as successor-in-interest to CATHERINE ARRONDO TAKVORIA, | CASE NO. 09-CV-05020-SI<br><br>[Assigned to Hon. Susan Illston]<br><br>**INTEL CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES** |

INTEL'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES
CASE NO. 09-CV-05020-SI

| | |
|---|---|
| 1 | deceased, and as Personal Representative of the Estate of CATHERINE ARRONDO TAKVORIA; |
| 2 | CHANTAL KOEHLER, individually, as successor-in-interest to AUDREY QUESADA, |
| 3 | deceased, SANA ZERELLI, deceased, and JASSIM ZERELLI, deceased, and as Personal |
| 4 | Representative of the Estates of AUDREY QUESADA, SANA ZERELLI, AND JASSIM |
| 5 | ZERELLI; and GUY WARRIOR, individually, as successor-in-interest to NEIL WARRIOR, |
| 6 | deceased, and as Personal Representative of the Estate of NEIL WARRIOR, |
| 7 | |
| 8 | Plaintiffs, |
| 9 | vs. |
| 10 | AIRBUS S.A.S.; AIRBUS AMERICAS, INC,; HONEYWELL INTERNATIONAL; THALES |
| 11 | GROUP; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CO.; ROCKWELL COLLINS CO.; |
| 12 | HAMILTON SUNDSTRAND CORP.; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS, |
| 13 | LLC; GOODRICH CORP.; DUPONT CO.; JUDD WIRE CO.; and RAYCHEM CO., |
| 14 | Defendants. |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Intel Corporation states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 14, 2009                    PERKINS COIE LLP


                                            By: _____/s/ Philip A. Leider_____
                                                    Philip A. Leider

                                            Attorneys for Defendant
                                            INTEL CORPORATION

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 14th day of December, 2009, with a copy of this document via the Court's CM/ECF system. I certify that all parties who have appeared in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

*Sheila M. Merrill*
Sheila Merrill

20336-1278/LEGAL17434507.1

INTEL'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES
CASE NO. 09-CV-05020-SI