1  PHILIP A. LEIDER (SBN 229751)
   PERKINS COIE LLP
2  Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111
3  Telephone: 415-344-7000
   Facsimile: 415-344-7050
4  PLeider@perkinscoie.com

5  JOHN DILLOW (SBN 50403) (*Pro Hac Vice* Forthcoming)
   V.L. WOOLSTON (*Pro Hac Vice* Forthcoming)
6  PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
7  Seattle, WA 98101
   Telephone:    (206) 359-8000
8  Facsimile:    (206) 359-9000
   JDillow@perkinscoie.com
9  VWoolston@perkinscoie.com

10 Attorneys for Defendant
   INTEL CORPORATION
11
   BOWLES & VERNA LLP
12 Michael P. Verna (SBN 84070)
   2121 N. California Boulevard, Suite 875
13 Walnut Creek, California 94596
   Telephone:    (925) 935-3300
14 Facsimile:    (925) 935-09371

15 Attorneys for Plaintiffs

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

20

| 21 | MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH, individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SALEMKOUR LACOME; MATTHIEU | CASE NO. 09-CV-05020-SI<br><br>[Assigned to Hon. Susan Illston]<br><br>STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |
|---|---|---|

| | |
|---|---|
| 1 | ARRONDO, individually, as successor-in-interest to CATHERINE ARRONDO TAKVORIA, |
| 2 | deceased, and as Personal Representative of the Estate of CATHERINE ARRONDO TAKVORIA; |
| 3 | CHANTAL KOEHLER, individually, as successor-in-interest to AUDREY QUESADA, |
| 4 | deceased, SANA ZERELLI, deceased, and JASSIM ZERELLI, deceased, and as Personal |
| 5 | Representative of the Estates of AUDREY QUESADA, SANA ZERELLI, AND JASSIM |
| 6 | ZERELLI; and GUY WARRIOR, individually, as successor-in-interest to NEIL WARRIOR, |
| 7 | deceased, and as Personal Representative of the Estate of NEIL WARRIOR, |
| 8 | |
| 9 | Plaintiffs, |
|   | vs. |
| 10 | |
| 11 | AIRBUS S.A.S.; AIRBUS AMERICAS, INC.; HONEYWELL INTERNATIONAL; THALES |
| 12 | GROUP; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CO.; ROCKWELL COLLINS CO.; |
| 13 | HAMILTON SUNDSTRAND CORP.; GENERAL ELECTRIC CO.; GE AVIATION |
| 14 | SYSTEMS, LLC; GOODRICH CORP.; DUPONT CO.; JUDD WIRE CO.; and RAYCHEM CO., |
| 15 | Defendants. |

18  It is stipulated between and among all PLAINTIFFS and INTEL CORPORATION ("Intel"), by their respective attorneys:

20  1. In order to promote efficiency and uniformity with respect to deadlines for responding to the Plaintiffs' Complaint among all Defendants, whether or not served to date, Plaintiffs and Intel have agreed to an extension of time until January 15, 2010 for Intel to answer or otherwise respond to the Plaintiffs' Complaint;

25  2. The parties have not previously requested extensions of any deadlines, and the parties do not believe that this extension will alter any currently existing deadlines or the current case schedule;

3. This stipulation is made without prejudice to Defendant's rights or the rights of any other parties to seek additional time to respond to the Complaint, if necessary; and

4. By entering into this Stipulation, Intel does not waive any defenses, rights, privileges or otherwise concede to the appropriateness of this forum for resolution of this dispute.

**IT IS SO STIPULATED.**

Dated: December 14, 2009               PERKINS COIE LLP

                                       By: _____/s/ Philip A. Leider_____
                                                 Philip A. Leider

                                       Attorneys for Defendant
                                       INTEL CORPORATION


Dated: December 14, 2009               BOWLES & VERNA LLP

                                       By: _____/s/ Michael P. Verna_____
                                                 Michael P. Verna

                                       Attorneys for Plaintiffs

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
CASE NO. 09-CV-05020-SI

<u>Certificate of Service</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 14th day of December, 2009, with a copy of this document via the Court's CM/ECF system. I certify that all parties who have appeared in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

*/s/ Sheila M. Merrill*
Sheila Merrill

20336-1278/LEGAL17436731.1