1  CHRISTOPHER M. MOONEY (SB# 251774)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  55 Second Street
   Twenty-Fourth Floor
3  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
4  Facsimile:  (415) 856-7100
   christophermooney@paulhastings.com
5
   Attorneys for Defendants
6  GENERAL ELECTRIC COMPANY and
   GE AVIATION SYSTEMS, LLC
7
   BOWLES & VERNA LLP
8  Michael P. Verna (SBN 84070)
   2121 N. California Boulevard, Suite 875
9  Walnut Creek, California 94596
   Telephone:     (925) 935-3300
10 Facsimile:     (925) 935-09371
11 Attorneys for Plaintiffs
12
13              UNITED STATES DISTRICT COURT
14            NORTHERN DISTRICT OF CALIFORNIA
15                SAN FRANCISCO DIVISION
16

| 17 | MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH, individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SALEMKOUR LACOME; MATTHIEU ARRONDO, individually, as successor-in-interest to CATHERINE ARRONDO TAKVORIA, deceased, and as Personal Representative of the Estate of CATHERINE ARRONDO TAKVORIA; CHANTAL KOEHLER, individually, as successor-in-interest to AUDREY QUESADA, deceased, SANA ZERELLI, deceased, and JASSIM ZERELLI, deceased, and as Personal | CASE NO. 09-CV-05020-SI<br><br>[Assigned to Hon. Susan Illston]<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
|---|---|---|

1 Representative of the Estates of AUDREY
QUESADA, SANA ZERELLI, AND JASSIM
2 ZERELLI; and GUY WARRIOR, individually, as
successor-in-interest to NEIL WARRIOR,
3 deceased, and as Personal Representative of the
Estate of NEIL WARRIOR;
4
Plaintiffs,
5

6 vs.

7 AIRBUS S.A.S.; AIRBUS AMERICAS, INC.;
HONEYWELL INTERNATIONAL; THALES
8 GROUP; THALES U.S.A., INC.; MOTOROLA,
INC.; INTEL CO.; ROCKWELL COLLINS CO.;
9 HAMILTON SUNDSTRAND CORP.;
GENERAL ELECTRIC CO.; GE AVIATION
10 SYSTEMS, LLC; GOODRICH CORP.; DUPONT
CO.; JUDD WIRE CO.; and RAYCHEM CO.;
11
Defendants.
12

13

14        It is stipulated between and among all PLAINTIFFS and GENERAL ELECTRIC

15 COMPANY ("GE Co.") and GE AVIATION SYSTEMS, LLC ("GE AVIATION," together with

16 GE Co., the "GE DEFENDANTS") by their respective attorneys:

17        1.     In order to promote efficiency and uniformity with respect to deadlines for

18 responding to the Plaintiffs' Complaint among all Defendants whether or not served to date,

19 Plaintiffs and the GE Defendants have agreed to an extension of time until January 15, 2010 for

20 the GE Defendants to answer or otherwise respond to the Plaintiffs' Complaint;

21        2.     The parties have not previously requested extensions of any deadlines, and

22 the parties do not believe that this extension will alter any currently existing deadlines or the

23 current case schedule;

24        3.     This stipulation is made without prejudice to Defendant's rights or the

25 rights of any other parties to seek additional time to respond to the Complaint, if necessary; and

26 ///

27 ///

28 ///

Case No. 09-CV-05020-SI

STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT

1          4.     By entering into this Stipulation, the GE Defendants do not waive any

2    defenses, rights, privileges or otherwise concede to the appropriateness of this forum for

3    resolution of this dispute.

4

5    DATED:  December 14, 2009          CHRISTOPHER M. MOONEY
                                        PAUL, HASTINGS, JANOFSKY & WALKER LLP
6

7                                       By:_____/s/ Christopher M. Mooney_____
8                                               CHRISTOPHER M. MOONEY

9                                       Attorneys for Defendants
                                        GENERAL ELECTRIC COMPANY and
10                                      GE AVIATION SYSTEMS, LLC

11

12   Dated:  December 14, 2009          BOWLES & VERNA LLP

13

14                                      By:___/s/ Michael P. Verna_____
                                               Michael P. Verna
15                                      Attorneys for Plaintiffs

16   LEGAL_US_E # 86104586.1

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO ANSWER OR
                                              OTHERWISE RESPOND TO COMPLAINT
Case No. 09-CV-05020-SI