CHRISTOPHER M. MOONEY (SB# 251774)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
christophermooney@paulhastings.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE AVIATION SYSTEMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH, individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SALEMKOUR LACOME; MATTHIEU ARRONDO, individually, as successor-in-interest to CATHERINE ARRONDO TAKVORIA, deceased, and as Personal Representative of the Estate of CATHERINE ARRONDO TAKVORIA; CHANTAL KOEHLER, individually, as successor-in-interest to AUDREY QUESADA, deceased, SANA ZERELLI, deceased, and JASSIM ZERELLI, deceased, and as Personal Representative of the Estates of AUDREY QUESADA, SANA ZERELLI, AND JASSIM ZERELLI; and GUY WARRIOR, individually, as successor-in-interest to NEIL WARRIOR, deceased, and as Personal Representative of the Estate of NEIL WARRIOR;<br><br>                    Plaintiffs, | CASE NO. 09-CV-05020-SI<br><br>[Assigned to Hon. Susan Illston]<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

| | |
|---|---|
| 1 | |
| 2 | vs. |
| 3 | AIRBUS S.A.S.; AIRBUS AMERICAS, INC.; HONEYWELL INTERNATIONAL; THALES GROUP; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CO.; ROCKWELL COLLINS CO.; HAMILTON SUNDSTRAND CORP.; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS, LLC; GOODRICH CORP.; DUPONT CO.; JUDD WIRE CO.; and RAYCHEM CO.; |
| 7 | Defendants. |

**DEFENDANT GENERAL ELECTRIC COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: December 14, 2009    CHRISTOPHER M. MOONEY
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:      /s/ Christopher M. Mooney
             CHRISTOPHER M. MOONEY

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE AVIATION SYSTEMS, LLC

LEGAL_US_E # 86087374.3