1 | CHRISTOPHER M. MOONEY (SB# 251774)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
2 | 55 Second Street
Twenty-Fourth Floor
3 | San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
4 | Facsimile:  (415) 856-7100
christophermooney@paulhastings.com
5 |
Attorneys for Defendants
6 | GENERAL ELECTRIC COMPANY and
GE AVIATION SYSTEMS, LLC
7 |
8 |              UNITED STATES DISTRICT COURT
9 |              NORTHERN DISTRICT OF CALIFORNIA
10 |                SAN FRANCISCO DIVISION
11 |

12 | MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH, individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SALEMKOUR LACOME; MATTHIEU ARRONDO, individually, as successor-in-interest to CATHERINE ARRONDO TAKVORIA, deceased, and as Personal Representative of the Estate of CATHERINE ARRONDO TAKVORIA; CHANTAL KOEHLER, individually, as successor-in-interest to AUDREY QUESADA, deceased, SANA ZERELLI, deceased, and JASSIM ZERELLI, deceased, and as Personal Representative of the Estates of AUDREY QUESADA, SANA ZERELLI, AND JASSIM ZERELLI; and GUY WARRIOR, individually, as successor-in-interest to NEIL WARRIOR, deceased, and as Personal Representative of the Estate of NEIL WARRIOR;

                        Plaintiffs,

CASE NO. 09-CV-05020-SI

[Assigned to Hon. Susan Illston]

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

Case No. 09-CV-05020-SI

DEFENDANT GE AVIATION SYSTEMS, LLC'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

|   |   |
|---|---|
| 1 | vs. |
| 2 |   |
| 3 | AIRBUS S.A.S.; AIRBUS AMERICAS, INC.; HONEYWELL INTERNATIONAL; THALES GROUP; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CO.; ROCKWELL COLLINS CO.; HAMILTON SUNDSTRAND CORP.; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS, LLC; GOODRICH CORP.; DUPONT CO.; JUDD WIRE CO.; and RAYCHEM CO.; |
| 7 | Defendants. |

## DEFENDANT GE AVIATION SYSTEMS, LLC'S
## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant GE Aviation Systems, LLC is a limited liability company whose sole member is GE Aviation Systems North America, Inc.

DATED: December 14, 2009    CHRISTOPHER M. MOONEY
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:    /s/ Christopher M. Mooney
           CHRISTOPHER M. MOONEY

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE AVIATION SYSTEMS, LLC

LEGAL_US_E # 86098146.2