AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

MARGITA GERGELOVA, et al. )
*Plaintiff* )
v. ) Case No. 09-CV-05020-SI
AIRBUS S.A.S., et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GENERAL ELECTRIC COMPANY and GE AVIATION SYSTEMS, LLC

Date: December 14, 2009

*Attorney's signature*

Christopher M. Mooney SB# 251774
*Printed name and bar number*

Paul, Hastings, Janofsky & Walker LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
*Address*

christophermooney@paulhastings.com
*E-mail address*

(415) 856-7000
*Telephone number*

(415) 856-7100
*FAX number*

