1  BLANK ROME LLP
   Warren A. Koshofer (SBN 213350)
2  koshofer@blankrome.com
   Steven B. Stiglitz (SBN 222667)
3  stiglitz@blankrome.com
   1925 Century Park East, Suite 1900
4  Los Angeles, California 90067
   Telephone: (424) 239-3400
5  Facsimile: (424) 239-3434

6  BLANK ROME LLP
   David N. Zeehandelaar (*Pro Hac Vice* Pending)
7  zeehandelaar@blankrome.com
   Laurie Alberts Salita (*Pro Hac Vice* Pending)
8  alberts@blankrome.com
   130 North 18th Street
9  Philadelphia, Pennsylvania 19103
   Telephone: (215) 569-5500
10 Facsimile: (215) 569-5555

11 Attorneys for Defendant
   GOODRICH CORPORATION – SUED HEREIN
12 AS GOODRICH CORP.

13

14            **UNITED STATES DISTRICT COURT**

15           **NORTHERN DISTRICT OF CALIFORNIA**

16              **SAN FRANCISCO DIVISION**

17

18 | MARGITA GERGELOVA and VIKTOR        | CASE NO. 09-CV-05020-SI
   | GERGEL, individually, as successors-in-
19 | interest to ARNOLD GERGEL, deceased,  | **[Assigned to Hon. Susan Illston]**
   | and as co-Personal Representatives of the
20 | Estate of ARNOLD GERGEL; ALIA
   | FAROUKH, individually, as legal guardian
21 | for KARIM WARDE KHALIFEH and         | **[PROPOSED] ORDER**
   | MOHAMAD ALI KHALIFEH, as            | **GRANTING MOTION OF**
22 | successor-in-interest to HUSSEIN       | **DEFENDANT GOODRICH**
   | MOUNIR KHALIFEH, deceased and as     | **CORPORATION TO**
23 | Personal Representative of the Estate of | **SUBSTITUTE DEFENDANT**
   | HUSSEIN MOUNIR KHALIFEH;            | **AND AMEND THE CAPTION**
24 | CAMILLE LACOME, individually, as
   | legal guardian for ZOURI SALEMKOUR
25 | LACOME, as successor-in-interest to
   | SAMIR SALEMKOUR, deceased and as
26 | Personal Representative of the Estate of
   | SALEMKOUR LACOME; MATTHIEU
27 | ARRONDO, individually, as successor-in-
   | interest to CATHERINE ARRONDO

28

                              1

1  TAKVORIA, deceased, and as Personal
   Representative of the Estate of
2  CATHERINE ARRONDO TAKVORIA;
   CHANTAL KOEHLER, individually, as
3  successor-in-interest to AUDREY
   QUESADA, deceased, SANA ZERELLI,
4  deceased, and JASSIM ZERELLI,
   deceased, and as Personal Representative of
5  the Estates of AUDREY QUESADA,
   SANA ZERELLI, AND JASSIM
6  ZERELLI; and GUY WARRIOR,
   individually, as successor-in-interest to
7  NEIL WARRIOR, deceased, and as
   Personal Representative of the Estate of
8  NEIL WARRIOR,

9              Plaintiffs,

10     vs.

11 AIRBUS S.A.S.; AIRBUS AMERICAS,
   INC.; HONEYWELL INTERNATIONAL;
12 THALES GROUP; THALES U.S.A., INC.;
   MOTOROLA, INC.; INTEL CO.;
13 ROCKWELL COLLINS CO.;
   HAMILTON SUNDSTRAND CORP.;
14 GENERAL ELECTRIC CO.; GE
   AVIATION SYSTEMS, LLC;
15 GOODRICH CORP.; DUPONT CO.;'
   JUDD WIRE CO.; and RAYCHEM CO.,
16
               Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

This cause coming before the Court on Motion of Defendant GOODRICH
CORPORATION to Substitute Defendant and Amend the Caption, due notice
being given, and the Court having considered the Stipulation to Substitute
Defendant and Amend the Caption,

It is Ordered:

1.     ROSEMOUNT AEROSPACE INC. is hereby substituted for
       GOODRICH CORPORATION, sued as Goodrich Corp., without
       prejudice to GOODRICH CORPORATION later being added back
       into the case by Plaintiffs, and the caption is hereby amended
       accordingly.

2.     ROSEMOUNT AEROSPACE INC. has waived service and has
       submitted to the jurisdiction of this Court.

3.     The time limits and due dates currently applicable to GOODRICH
       CORPORATION are applicable to ROSEMOUNT AEROSPACE
       INC.

4.     The appearances of counsel for GOODRICH CORPORATION are
       withdrawn and substituted for ROSEMOUNT AEROSPACE INC.


Wherefore, Movant prays an order in the form submitted.


DATED: _____

_____
HONORABLE SUSAN ILLSTON
Judge of the U.S. District Court

- 1 -

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT GOODRICH CORPORATION TO
SUBSTITUTE DEFENDANT**

103576.00983/95004914v.1