| | |
|---|---|
| 1 | BLANK ROME LLP |
| 2 | Warren A. Koshofer (SBN 213350)<br>koshofer@blankrome.com |
| 3 | Steven B. Stiglitz (SBN 222667)<br>stiglitz@blankrome.com |
| 4 | 1925 Century Park East, Suite 1900<br>Los Angeles, California 90067 |
| 5 | Telephone: (424) 239-3400<br>Facsimile: (424) 239-3434 |

BLANK ROME LLP
David N. Zeehandelaar (*Pro Hac Vice* Pending)
zeehandelaar@blankrome.com
Laurie Alberts Salita (*Pro Hac Vice* Pending)
alberts@blankrome.com
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

Attorneys for Defendant
GOODRICH CORPORATION – SUED HEREIN
AS GOODRICH CORP.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH, individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SALEMKOUR LACOME; MATTHIEU ARRONDO, individually, as successor-in-interest to CATHERINE ARRONDO | CASE NO. 09-CV-05020-SI<br><br>[Assigned to Hon. Susan Illston]<br><br>[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT GOODRICH CORPORATION TO SUBSTITUTE DEFENDANT AND AMEND THE CAPTION |

1

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT GOODRICH CORPORATION TO
SUBSTITUTE DEFENDANT

103576.00983/95004914v.1

| | |
|---|---|
| 1 | TAKVORIA, deceased, and as Personal Representative of the Estate of CATHERINE ARRONDO TAKVORIA; CHANTAL KOEHLER, individually, as successor-in-interest to AUDREY QUESADA, deceased, SANA ZERELLI, deceased, and JASSIM ZERELLI, deceased, and as Personal Representative of the Estates of AUDREY QUESADA, SANA ZERELLI, AND JASSIM ZERELLI; and GUY WARRIOR, individually, as successor-in-interest to NEIL WARRIOR, deceased, and as Personal Representative of the Estate of NEIL WARRIOR, |
| 9 | Plaintiffs, |
| 10 | vs. |
| 11 | AIRBUS S.A.S.; AIRBUS AMERICAS, INC.; HONEYWELL INTERNATIONAL; THALES GROUP; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CO.; ROCKWELL COLLINS CO.; HAMILTON SUNDSTRAND CORP.; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS, LLC; GOODRICH CORP.; DUPONT CO.;' JUDD WIRE CO.; and RAYCHEM CO., |
| 17 | Defendants. |

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT GOODRICH CORPORATION TO SUBSTITUTE DEFENDANT**

103576.00983/95004914v.1

     This cause coming before the Court on Motion of Defendant GOODRICH CORPORATION to Substitute Defendant and Amend the Caption, due notice being given, and the Court having considered the Stipulation to Substitute Defendant and Amend the Caption,

     It is Ordered:

1. ROSEMOUNT AEROSPACE INC. is hereby substituted for GOODRICH CORPORATION, sued as Goodrich Corp., without prejudice to GOODRICH CORPORATION later being added back into the case by Plaintiffs, and the caption is hereby amended accordingly.

2. ROSEMOUNT AEROSPACE INC. has waived service and has submitted to the jurisdiction of this Court.

3. The time limits and due dates currently applicable to GOODRICH CORPORATION are applicable to ROSEMOUNT AEROSPACE INC.

4. The appearances of counsel for GOODRICH CORPORATION are withdrawn and substituted for ROSEMOUNT AEROSPACE INC.

     Wherefore, Movant prays an order in the form submitted.

DATED: _____

                            HONORABLE SUSAN ILLSTON
                            Judge of the U.S. District Court

- 1 -

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT GOODRICH CORPORATION TO SUBSTITUTE DEFENDANT

103576.00983/95004914v.1