UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Gergelova, et al.

Plaintiff(s),

v.

Airbus S.A.S., et al.

Defendant(s).

CASE NO. 3:09-CV-5020-SI

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Laurie Alberts Salita, an active member in good standing of the bar of Pennsylvania, New Jersey, The United States District Courts for the Eastern & Middle Districts of Pennsylvania and The The United States District Court for the District of New Jersey whose business address and telephone number (particular court to which applicant is admitted) is, Blank Rome LLP, One Logan Square, 130 N. 18th Street, Philadelphia, PA 19103-6998, (215) 569-5329 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Judge
Hon. Susan Illston

RECEIVED
DEC 7 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

American LegalNet, Inc.
www.FormsWorkflow.com