BLANK ROME LLP
Warren A. Koshofer (SBN 213350)
koshofer@blankrome.com
Steven B. Stiglitz (SBN 222667)
stiglitz@blankrome.com
1925 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone:  (424) 239-3400
Facsimile:   (424) 239-3434

BLANK ROME LLP
David N. Zeehandelaar (*Pro Hac Vice* Pending)
zeehandelaar@blankrome.com
Laurie Alberts Salita (*Pro Hac Vice* Pending)
alberts@blankrome.com
130 North 18th Street
Philadelphia, Pennsylvania  19103
Telephone:  (215) 569-5500
Facsimile:   (215) 569-5555

Attorneys for Defendant
ROSEMOUNT AEROSPACE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH, individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SALEMKOUR LACOME; MATTHIEU ARRONDO, individually, as successor-in-interest to CATHERINE ARRONDO | CASE NO. 09-CV-05020-SI<br><br>**[Assigned to Hon. Susan Illston]**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

103576.00983/95005045v.2

TAKVORIA, deceased, and as Personal Representative of the Estate of CATHERINE ARRONDO TAKVORIA; CHANTAL KOEHLER, individually, as successor-in-interest to AUDREY QUESADA, deceased, SANA ZERELLI, deceased, and JASSIM ZERELLI, deceased, and as Personal Representative of the Estates of AUDREY QUESADA, SANA ZERELLI, AND JASSIM ZERELLI; and GUY WARRIOR, individually, as successor-in-interest to NEIL WARRIOR, deceased, and as Personal Representative of the Estate of NEIL WARRIOR,

           Plaintiffs,

  vs.

AIRBUS S.A.S.; AIRBUS AMERICAS, INC,; HONEYWELL INTERNATIONAL; THALES GROUP; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CO.; ROCKWELL COLLINS CO.; HAMILTON SUNDSTRAND CORP.; GENERAL ELECTRIC CO,; GE AVIATION SYSTEMS, LLC; ROSEMOUNT AEROSPACE, INC.; DUPONT CO.:' JUDD WIRE CO.; and RAYCHEM CO.,

           Defendants.

---

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

103576.00983/95005045v.2

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could are substantially affected by the outcome of this proceeding:

1. Goodrich Corporation (parent corporation of defendant Rosemount Aerospace, Inc.)

Dated: December 17, 2009         BLANK ROME LLP


By:   /s/ Warren A. Koshofer
        Warren A. Koshofer
Attorneys for Defendant
ROSEMOUNT AEROSPACE, INC.

- 1 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

103576.00983/95005045v.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of December, 2009, I electronically filed the foregoing Certification of Interested Entities Or Persons with the Clerk of the Court using the CM/ECF system.

 Counsel is also serving by email this document on those parties who have yet to file an appearance in this case.

By: *Mahnaz Dayyani*
Mahnaz Dayyani

- 1 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

103576.00983/95005045v.2