MICHAEL P. VERNA (CA BAR #84070)
STEVEN P. MCFARLANE (CA BAR #240488)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California  94596
Telephone:  (925) 935-3300
Facsimile:  (925) 935-0371
Email:  mverna@bowlesverna.com

JAMES HEALY-PRATT
Stewarts Law, LLP
5 New Street Square
London EC4A 3BF
United Kingdom
Telephone: +44 (0) 20 7822 8000
Email: jhp@stewartslaw.com
(admitted to bar of New York;
*pro hac vice* application pending)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SALEMKOUR LACOME; MATTHIEU ARRONDO, individually, as successor-in-interest to CATHERINE ARRONDO TAKVORIA, deceased and as Personal Representative of the Estate of CATHERINE ARROUNDO TAKVORIA; CHANTAL KOEHLER, individually, as successor-in-interest to AUDREY QUESADA, deceased, SANA ZERELLI, deceased, and JASSIM ZERELLI, deceased and as Personal Representative of the Estates of AUDREY QUESADA, SANA ZERELLI, AND JASSIM ZERELLI; and GUY WARRIOR, individually, as successor-in-interest to NEIL WARRIOR, deceased and as Personal Representative of the Estate of NEIL WARRIOR;<br><br>          Plaintiffs, | CIVIL CASE NO.:  CV 09-5020-SI<br><br><br>**PLAINTIFFS' NOTICE OF PARTIAL DISMISSAL OF DEFENDANTS AIRBUS AMERICAS, INC., AND JUDD WIRE CO., WITHOUT PREJUDICE** |

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

CIVIL CASE NO.:  CV 09-5020-SI                    1

PLAINTIFFS' NOTICE OF PARTIAL DISMISSAL OF DEFENDANTS AIRBUS AMERICAS, INC., AND JUDD WIRE CO., WITHOUT PREJUDICE

1      vs.

2    AIRBUS S.A.S.; AIRBUS AMERICAS, INC.; HONEYWELL INTERNATIONAL; THALES

3    GROUP; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CO.; ROCKWELL COLLINS CO.;

4    HAMILTON SUNDSTRAND CORP.; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS,

5    LLC; GOODRICH CORP.; DUPONT CO.; JUDD WIRE CO.; and RAYCHEM CO.;

6         Defendants.

7

8             **<u>PARTIAL DISMISSAL WITHOUT PREJUDICE</u>**

9      NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs

10 MARGITA GERGELOVA and VIKTOR GERGEL, individually and as successors-in-interest to

11 ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD

12 GERGEL; ALIA FAROUKH individually, as legal guardian for KARIM WARDE KHALIFEH and

13 MOHAMAD ALI KHALIFEH, and as successor-in-interest to HUSSEIN MOUNIR KHALIFEH,

14 deceased and as Personal Representative of the Estate of HUSSEIN MOUNIR KHALIFEH; CAMILLE

15 LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, and as successor-in-

16 interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the Estate of SAMIR

17 SALEMKOUR; MATTHIEU ARRONDO, individually and as successor-in-interest to CATHERINE

18 ARRONDO TAKVORIA, deceased and as Personal Representative of the Estate of CATHERINE

19 ARRONDO TAKVORIA; CHANTAL KOEHLER, individually and as successor-in-interest to

20 AUDREY QUESADA, deceased, SANA ZERELLI, deceased, and JASSIM ZERELLI, deceased and

21 as Personal Representative of the Estates of AUDREY QUESADA, SANA ZERELLI, and JASSIM

22 ZERELLI; and GUY WARRIOR, individually and as successor-in-interest to NEIL WARRIOR,

23 deceased and as Personal Representative of the Estate of NEIL WARRIOR voluntarily dismiss

24 Defendants AIRBUS AMERICAS, INC., and JUDD WIRE CO. from the above-captioned action,

25 without prejudice, with the parties to bear their respective fees and costs.

26

27

28

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

CIVIL CASE NO.: CV 09-5020-SI       2
_____
**PLAINTIFFS' NOTICE OF PARTIAL DISMISSAL OF DEFENDANTS AIRBUS AMERICAS, INC., AND JUDD WIRE CO., WITHOUT PREJUDICE**

1

2   Dated: December 18, 2009                    _____/s/ Michael P. Verna_____

3                                              Michael P. Verna
                                               Steven P. McFarlane
4                                              Attorneys for Plaintiffs
                                               BOWLES & VERNA, LLP
5                                              2121 n. California Blvd., Suite 875
                                               Walnut Creek, California 94596
6                                              Tel:  (925) 935-3300
                                               Fax:  (925) 935-0371
7                                              Email: mverna@bowlesverna.com

8
                                               James Healy-Pratt
9                                              Stewarts Law, LLP
                                               5 New Street Square
10                                             London EC4A 3BF
                                               United Kingdom
11                                             Telephone: +44 (0) 20 7822 8000
                                               Email: jhp@stewartslaw.com
12                                             (admitted to bar of New York; *pro hac vice*
                                               application pending)
13                                             Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CIVIL CASE NO.:  CV 09-5020-SI                    3
PLAINTIFFS' NOTICE OF PARTIAL DISMISSAL OF DEFENDANTS AIRBUS AMERICAS, INC., AND
JUDD WIRE CO., WITHOUT PREJUDICE