1
MICHAEL P. VERNA (CA BAR #84070)
STEVEN P. MCFARLANE (CA BAR #240488)
2
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
3
Walnut Creek, California  94596
Telephone:  (925) 935-3300
4
Facsimile:  (925) 935-0371
Email:  mverna@bowlesverna.com
5
JAMES HEALY-PRATT
6
Stewarts Law, LLP
5 New Street Square
7
London EC4A 3BF
United Kingdom
8
Telephone: +44 (0) 20 7822 8000
Email: jhp@stewartslaw.com
9
(admitted to bar of New York;
*pro hac vice* application pending)
10
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

11
**NORTHERN DISTRICT OF CALIFORNIA**

12
**SAN FRANCISCO DIVISION**

13
MARGITA GERGELOVA and VIKTOR
GERGEL, individually, as successors-in-interest to
14
ARNOLD GERGEL, deceased, and as co-Personal
Representatives of the Estate of ARNOLD
15
GERGEL; ALIA FAROUKH individually, as legal
guardian for KARIM WARDE KHALIFEH and
16
MOHAMAD ALI KHALIFEH, as successor-in-
interest to HUSSEIN MOUNIR KHALIFEH,
17
deceased and as Personal Representative of the
Estate of HUSSEIN MOUNIR KHALIFEH;
18
CAMILLE LACOME, individually, as legal
guardian for ZOURI SALEMKOUR LACOME, as
19
successor-in-interest to SAMIR SALEMKOUR,
deceased and as Personal Representative of the
20
Estate of SALEMKOUR LACOME; MATTHIEU
ARRONDO, individually, as successor-in-interest
21
to CATHERINE ARRONDO TAKVORIA,
deceased and as Personal Representative of the
22
Estate of CATHERINE ARROUNDO
TAKVORIA; CHANTAL KOEHLER, individually,
23
as successor-in-interest to AUDREY QUESADA,
deceased, SANA ZERELLI, deceased, and JASSIM
24
ZERELLI, deceased and as Personal Representative
of the Estates of AUDREY QUESADA, SANA
25
ZERELLI, AND JASSIM ZERELLI; and GUY
WARRIOR, individually, as successor-in-interest to
26
NEIL WARRIOR, deceased and as Personal
Representative of the Estate of NEIL WARRIOR;
27
              Plaintiffs,
28

CIVIL CASE NO.:  CV 09-5020-SI


**PROOF OF SERVICE**

**CIVIL CASE NO.:  CV 09-5020-SI**                     1
                        **PROOF OF SERVICE**

1    vs.

2    AIRBUS S.A.S.; AIRBUS AMERICAS, INC.;
     HONEYWELL INTERNATIONAL; THALES
3    GROUP; THALES U.S.A., INC.; MOTOROLA,
     INC.; INTEL CO.; ROCKWELL COLLINS CO.;
4    HAMILTON SUNDSTRAND CORP.; GENERAL
     ELECTRIC CO.; GE AVIATION SYSTEMS,
5    LLC; GOODRICH CORP.; DUPONT CO.; JUDD
     WIRE CO.; and RAYCHEM CO.;

6                 Defendants.

7

8                    **PROOF OF SERVICE**
9    (__Gergelova v. Airbus et al.,__  USDC , Northern District of California Case No. 09-CV-05020-SI__)

10        I, the undersigned, declare:  I am a citizen of the United States of America, am over the age of
11   eighteen (18) years, and not a party to the within action.  My business address is 2121 North California
     Blvd., Suite 875, Walnut Creek, California 94596.

12
          On December 18, 2009,  I served the following document(s):
13

14   **PLAINTIFFS' NOTICE OF PARTIAL DISMISSAL OF DEFENDANTS AIRBUS AMERICAS,
     INC., AND JUDD WIRE CO., WITHOUT PREJUDICE**

15
     on the parties involved addressed as follows:
16

| **Counsel for Goodrich Corporation** | **Counsel for Hamilton Sundstrand Corporation** |
|---|---|
| Warren A. Koshofer | Alan H. Collier |
| Steven B. Stiglitz | Aghavni V. Kasparian |
| BLANK ROME LLP | Courtney P. McIntire |
| 1925 Century Park East, Suite 1900 | MENDES MOUNT LLP |
| Los Angeles, CA  90067 | 445 S. Figueroa Street, 38th Floor |
| Phone:  424-239-3400 | Los Angeles, CA  90071 |
| Fax:  424-239-3434 | Phone:  213-955-7700 |
| koshofer@blankrome.com | Fax:  213-955-7725 |
| stiglitz@blankrome.com | Alan.collier@mendes.com |
|  | Aghavni.kasparian@mendes.com |
| David N. Zeehandelaar | Courtney.mcintire@mendes.com |
| Laurie Alberts Salita |  |
| BLANKE ROME LLP |  |
| 130 North 18th Street |  |
| Philadelphia, PA  19103 |  |
| Phone:  215-569-5500 |  |
| Fax:  215-569-5555 |  |
| zeehandelaar@blankrome.com |  |
| alberts@blankerome.com |  |

27

28

**CIVIL CASE NO.:  CV 09-5020-SI**                      2
                                      **PROOF OF SERVICE**

| **Counsel for Intel Corporation** | **Counsel for General Electric Company and GE Aviation Systems, LLC** |
|---|---|
| Philip A. Leider<br>PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA  94111<br>Phone:  415-344-7000<br>Fax:  415-344-7050<br>Pleider@perkinscoie.com<br><br>John Dillow<br>V.L. Woolston<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA  98101<br>Phone:  206-359-8000<br>Fax:  206-359-9000<br>jdillow@perkinscoie.com<br>vwoolston@perkinscoie.com | Christopher M. Mooney<br>PAUL HASTINGS JANOFSKY & WALKER LLP<br>55 Second Street<br>Twenty-Fourth Floor<br>San Francisco, CA  94105<br>Phone:  415-856-7000<br>Fax:  415-856-7100<br>christophermooney@paulhastings.com |
| **Counsel for Judd Wire Co.** | **Counsel for Airbus Americas, Inc. and Airbus SAS** |
| John Loringer<br>LEIB & KATT, LLC<br>Attorneys at Law<br>740 N. Plankinton Avenue, Suite 600<br>Milwaukee, WI 53203<br>Telephone: 414-276-8816<br>Fax: 414-276-8819<br>jpl@leibkatt.com | Thad T. Dameris<br>HOGAN & HARTSON LLP<br>700 Louisiana Street, Suite 4300<br>Houston, TX 77002<br>Phone: 713.632.1410<br>Fax: 713.583.6297<br>tdameris@hhlaw.com |
| **Counsel for DuPont** | **Counsel for Rockwell Collins** |
| Lisa Savitt<br>CROWELL MORNING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Phone:  202.624.2761<br>Fax:  202.628.5116<br>LSavitt@crowell.com | Patrick Bradley<br>REED SMITH LLP<br>136 Main Street, Suite 250<br>Princeton Forrestal Village<br>Princeton, NJ  08540<br>Phone:  609 524 2044<br>Fax:  609 951 0824<br>'PBradley@ReedSmith.com' |

_____  ***BY HAND***:  *I caused each envelope to be personally delivered to the parties addressed above.*

_____  ***BY MAIL:***  *I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Walnut Creek, California. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the US Postal Service in Walnut Creek on that same day.  I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or*

CIVIL CASE NO.:  CV 09-5020-SI                3
PROOF OF SERVICE

1   *postage meter date on the envelope is more than one day after the date of deposit for mailing contained*
2   *on this declaration.*

3   __*xxx*__   **BY EMAIL OR ELECTRONIC TRANSMISSION:** *I caused each such person to be served via*
    *electronic mail at the email addresses listed above or via the Court's ECF System.*
4

5   _____**BY FACSIMILE:** *By use of facsimile machine telephone number 925-256-1755 or 925-935-*
    *0371, I served a copy of the within document on the above interested parties at the facsimile numbers*
6   *listed above.  The transmission was reported as complete and without error.  The transmission report*
    *was properly issued by the transmitting facsimile machine.*
7

8        **BY FEDERAL EXPRESS OVERNIGHT DELIVERY**: *I caused each envelope, with delivery*
    *fees provided for, to be deposited in a box regularly maintained by Federal Express. I am readily*
9   *familiar with Bowles & Verna's practice for collection and processing of correspondence for overnight*
    *delivery and know that in the ordinary course of Bowles & Verna's business practice the document*
10  *described above will be deposited in a box or other facility regularly maintained by Federal Express or*
    *delivered to an authorized courier or driver authorized by Federal Express to receive documents on the*
11  *same date that it is placed at Bowles & Verna for collection*

12       I declare under penalty of perjury under the laws of the State of California that the foregoing is
    true and correct.
13

14  EXECUTED:  December 18, 2009, at Walnut Creek, California.

15       _____*/s/ Erica Dorrington*_____
                  Erica Dorrington
16

17

18

19

20

21

22

23

24

25

26

27

28

**CIVIL CASE NO.:  CV 09-5020-SI**          4
                                    **PROOF OF SERVICE**