| | |
|---|---|
| 1 | NORMAN J. BLEARS (State Bar No. 95600) |
| | HOGAN & HARTSON LLP |
| 2 | 525 University Avenue, 4th Floor |
| | Palo Alto, California  94301 |
| 3 | Telephone:  (650) 463-4000 |
| | Facsimile:    (650) 463-4199 |
| 4 | E-mail: njblears@hhlaw.com |

THAD T. DAMERIS
HOGAN & HARTSON LLP
700 Louisiana Street, Suite 4300
Houston, Texas  77002
Telephone:  (713) 632-1410
Facsimile:  (713) 583-7621
E-mail: tdameris@hhlaw.com

Attorneys for Defendant
Airbus S.A.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGITA GERGELOVA, *et al.*, | Case No. 09-CV-5020 SI |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| AIRBUS S.A.S., *et al.*, | |
| Defendants. | |

---

**CERTIFICATE OF SERVICE**
**Case No. 09-CV-5020 SI**

**CERTIFICATE OF SERVICE**

DEDRA SALVI certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

My business address is 525 University Avenue, 4th Floor, Palo Alto, California, 94301, which is located in the city, county and state where the mailing described below took place.

On January 7, 2010, I caused to be deposited in the United States mail at Palo Alto, California, a copy of the following document(s):

- **APPLICATION FOR APPEARANCE OF ATTORNEY THAD T. DAMERIS PRO HAC VICE**
- *[PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF ATTORNEY THAD T. DAMERIS PRO HAC VICE*

to be served on the interested parties in this action currently known or are on the Court's Manual Notice List (and whose firm is not receiving e-mail notices addressed to other counsel of the same firm) by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James Healy-Pratt | David N. Zeehandelaar |
| Stewarts Law, LLP | Blank Rome LLP |
| 5 New Street Square | One Logan Square |
| London EC4A 3BF | Philadelphia, PA  19103 |
| United Kingdom | |

Executed on January 7, 2010.

/s/
Dedra Salvi