ORIGINAL

NORMAN J. BLEARS (State Bar No. 95600)
HOGAN & HARTSON LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
E-mail: njblears@hhlaw.com

THAD T. DAMERIS
HOGAN & HARTSON LLP
700 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: (713) 632-1410
Facsimile: (713) 583-7621
E-mail: tdameris@hhlaw.com

Attorneys for Defendant
Airbus S.A.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGITA GERGELOVA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AIRBUS S.A.S., *et al.*, <br><br> Defendants. | Case No. 09-CV-5020 SI <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF ATTORNEY THAD T. DAMERIS** *PRO HAC VICE* |

1 | Thad T. Dameris, an active member in good standing of the bars of the State of Texas, whose business address is 700 Louisiana Street, Ste. 4300, Houston, Texas 70022, having applied for permission to appear in the Northern District of California on a *pro hac vice* basis representing defendant Airbus S.A.S. in the above entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by Mr. Dameris must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Dated: January __, 2010

By: _____
THE HONORABLE SUSAN ILLSTON

[PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF ATTORNEY THAD DAMERIS PRO HAC VICE – Case No. 09-CV-5020 SI

2