1  James W. Hunt, Bar No. 122582
   Mark R. Irvine, Bar No.  137294
2  Mendes & Mount, LLP
   445 South Figueroa Street, 38th Floor
3  Los Angeles, CA  90071
   (213) 955-7700 / (213) 955-7725 Fax
4  James.Hunt@mendes.com
   Mark.Irvine@mendes.com
5
   Attorneys for Defendant
6  Raychem Corporation

7

8                    **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11  MARGITA GERGELOVA and VICTOR        )    Case No.    C 09-05020 SI
    GERGEL, et al.                      )
12                                      )    **JOINDER BY DEFENDANT**
                                        )    **RAYCHEM CORPORATION IN**
            Plaintiffs,                 )    **DEFENDANT E.I. DU PONT DE**
13                                      )    **NEMOURS AND COMPANY'S**
        vs.                             )    **MOTION TO DISMISS PURSUANT**
14                                      )    **TO FED. R. CIV. P. 12(B)(6)**
    AIRBUS S.A.S., et al.               )
15                                      )
            Defendants.                 )    Hearing Date:    March 12, 2010
16                                      )    Time:            9:00 a.m.
                                        )    Courtroom:       10, 19th Floor
17                                      )    Judge:           Hon. Susan Illston
                                        )
18

19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21        PLEASE TAKE NOTICE that defendant Raychem Corporation hereby joins in defendant

22  E.I. Du Pont De Nemours and Company's Motion to Dismiss Pursuant to Fed. R. Civ. P.

23  12(b)(6), and incorporates such Motion and supporting papers by reference, and in doing so,

24  likewise does not waive any right to challenge the appropriateness of this forum for resolution of

25  this dispute, or to contend that different substantive law may apply to this action.

26

27  ///

28  ///

_____

Defendant Raychem Joinder in Du Pont Motion to Dismiss C 009-05020 SI

1168974

1   Dated:  January 15, 2010                 MENDES & MOUNT, LLP

2
                                             By:____/s/ Mark R. Irvine_____
3                                                 Mark R. Irvine
                                                  MENDES & MOUNT, LLP
4                                                 445 S. Figueroa Street, 38th Floor
                                                  Los Angeles, California  90071
5                                                 Telephone: 213-955-7700
                                                  Facsimile:  213-955-7725
6
                                                  Attorneys for Defendant
7                                                 RAYCHEM CORPORATION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Raychem Joinder in Du Pont Motion to Dismiss C 009-05020 SI

1168974