CROWELL & MORING LLP
Douglas W. Sullivan (SBN 088136)
dsullivan@crowell.com
Joel D. Smith (SBN 244902)
jsmith@crowell.com
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:  (415) 986-2800
Facsimile:   (415) 986-2827

CROWELL & MORING LLP
Scott L. Winkelman (admitted *pro hac vice*)
swinkelman@crowell.com
Lisa J. Savitt (admitted *pro hac vice*)
lsavitt@crowell.com
April N. Ross (admitted *pro hac vice*)
aross@crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:   (202) 624-2500
Facsimile:    (202) 628-5116

Attorneys for Defendant
E.I. DU PONT DE NEMOURS AND COMPANY

BOWLES & VERNA LLP
Michael P. Verna (SBN 84070)
mverna@bowlesverna.com
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone:    (925) 935-3300
Facsimile:     (925) 935-09371

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGITA GERGELOVA and VIKTOR GERGEL, individually, as successors-in-interest to ARNOLD GERGEL, deceased, and as co-Personal Representatives of the Estate of ARNOLD GERGEL; ALIA FAROUKH, individually, as legal guardian for KARIM WARDE KHALIFEH and MOHAMAD ALI KHALIFEH, as successor-in-interest to HUSSEIN MOUNIR KHALIFEH, deceased and as Personal Representative of the Estate of HUSSEIN MOUNIR KHALIFEH; CAMILLE LACOME, individually, as legal guardian for ZOURI SALEMKOUR LACOME, as | CASE NO. 09-CV-05020-SI<br><br>[Assigned to Hon. Susan Y. Illston]<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF PENDING MOTIONS TO DISMISS |

| | |
|---|---|
| 1 | successor-in-interest to SAMIR SALEMKOUR, deceased and as Personal Representative of the |
| 2 | Estate of SALEMKOUR LACOME; MATTHIEU ARRONDO, individually, as successor-in-interest |
| 3 | to CATHERINE ARRONDO TAKVORIA, deceased, and as Personal Representative of the |
| 4 | Estate of CATHERINE ARRONDO TAKVORIA; CHANTAL KOEHLER, individually, as |
| 5 | successor-in-interest to AUDREY QUESADA, deceased, SANA ZERELLI, deceased, and |
| 6 | JASSIM ZERELLI, deceased, and as Personal Representative of the Estates of AUDREY |
| 7 | QUESADA, SANA ZERELLI, AND JASSIM ZERELLI; and GUY WARRIOR, individually, as |
| 8 | successor-in-interest to NEIL WARRIOR, deceased, and as Personal Representative of the |
| 9 | Estate of NEIL WARRIOR, |
| 10 | Plaintiffs, |
| 11 | vs. |
| 12 | AIRBUS S.A.S.; HONEYWELL INTERNATIONAL; THALES GROUP; THALES |
| 13 | U.S.A., INC.; MOTOROLA, INC.; INTEL CO.; ROCKWELL COLLINS CO.; HAMILTON |
| 14 | SUNDSTRAND CORP.; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS, LLC; |
| 15 | ROSEMOUNT AEROSPACE INC..; DUPONT CO.; and RAYCHEM CO., |
| 16 | Defendants. |

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants Motorola, Inc., E. I. du Pont de Nemours and Company and Raychem Corporation (collectively, "Moving Defendants") and all Plaintiffs, by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

1. WHEREAS, all defendants have filed with the Judicial Panel on Multidistrict Litigation (the "Panel") a Joint Motion for Coordinated or Consolidated Pre-Trial Proceedings Pursuant to 28 U.S.C. § 1407 (the "Motion"), seeking to consolidate this case with two other actions also arising from the crash of Air France Flight 447, and the Panel has scheduled a

hearing on the Motion for March 25, 2010. A true and correct copy of the Panel's hearing order is attached hereto as Exhibit A.

2. WHEREAS, Moving Defendants also have filed motions to dismiss Plaintiffs' complaint, and this Court has scheduled a hearing on those motions for March 12, 2010 (Dkt. 87).

3. WHEREAS, Moving Defendants and Plaintiffs seek to conserve judicial resources and will not suffer prejudice from delaying a ruling on Moving Defendants' motions to dismiss until the Panel resolves Defendants' Motion.

4. WHEREAS, a stay pending the Panel's resolution of Moving Defendants' Motion is supported by case law. *See*, *e.g.*, *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360-61 (C.D. Cal. 1997) (holding that stay was warranted, pending resolution by the Panel of a motion to transfer and consolidate, because such a stay would conserve judicial resources and would not prejudice the parties); *Palmer v. Am. Honda Motor Co.*, No. CV 07-1904-PHX-DGC, 2008 WL 54914, at *1 (D. Ariz. Jan. 3, 2008) (same).

NOW, THEREFORE, MOVING DEFENDANTS AND PLAINTIFFS HEREBY STIPULATE AS FOLLOWS:

This Court may order that the hearings on Moving Defendants' motions to dismiss are continued and taken off calendar until after the Panel's ruling on the Motion to the Panel, with new hearings to be rescheduled thereafter at the request of the Moving Defendants (if appropriate in light of the Panel's ruling) on a date and time convenient for this Court.

**IT IS SO STIPULATED.**

Dated: March 9, 2010                                BOWLES & VERNA LLP

                                                    By:  /s/ Michael P. Verna
                                                         Michael P. Verna
                                                         Attorneys for Plaintiffs

| | | |
|---|---|---|
| Dated: March 9, 2010 | | SCHNADER HARRISON SEGAL & LEWIS LLP |
| | | By: _____/s/ Leo J. Murphy_____ |
| | | Attorneys for Defendant<br>MOTOROLA, INC. |
| Dated: March 9, 2010 | | CROWELL & MORING LLP |
| | | By: _____/s/ Lisa J. Savitt_____ |
| | | Attorneys for Defendant<br>E. I. DU PONT DE NEMOURS AND COMPANY |
| Dated: March 9, 2010 | | MENDES & MOUNT LLP |
| | | By: _____/s/ Jason L. Vincent_____ |
| | | Attorneys for Defendant<br>RAYCHEM CORPORATION |

Pursuant to General Order 45 Section X.B, each of the above signatories concurs in the filing of this document.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The hearings on Moving Defendants' motions to dismiss are ~~continued~~ withdrawn and taken off calendar until after the Panel's ruling on the Motion to the Panel, with new hearings to be rescheduled thereafter at the request of the Defendants (if appropriate in light of the Panel's ruling) on a date and time convenient for this Court.

DATED: _____, 2010     _____
                                  Honorable Susan Y. Illston
                                  United States District Court Judge

024941\0000533\10725698.1

- 5 -
STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF PENDING MOTIONS TO DISMISS
CASE NO. 09-CV-05020-SI