1

CROWELL & MORING LLP
Douglas W. Sullivan (SBN 088136)

2

dsullivan@crowell.com
Joel D. Smith (SBN 244902)

3

jsmith@crowell.com
275 Battery Street, 23rd Floor

4

San Francisco, CA 94111
Telephone: (415) 986-2800

5

Facsimile:  (415) 986-2827

6

CROWELL & MORING LLP
Scott L. Winkelman (admitted *pro hac vice*)

7

swinkelman@crowell.com
Lisa J. Savitt (admitted *pro hac vice*)

8

lsavitt@crowell.com
April N. Ross (admitted *pro hac vice*)

9

aross@crowell.com
1001 Pennsylvania Avenue NW

10

Washington, DC 20004
Telephone:   (202) 624-2500
Facsimile:    (202) 628-5116

11

12

Attorneys for Defendant
E.I. DU PONT DE NEMOURS AND COMPANY

13

BOWLES & VERNA LLP
Michael P. Verna (SBN 84070)

14

mverna@bowlesverna.com
2121 N. California Boulevard, Suite 875

15

Walnut Creek, California 94596
Telephone:    (925) 935-3300

16

Facsimile:    (925) 935-09371

17

Attorneys for Plaintiffs

18

**UNITED STATES DISTRICT COURT**

19

**NORTHERN DISTRICT OF CALIFORNIA**

20

**SAN FRANCISCO DIVISION**

21

22

MARGITA GERGELOVA and VIKTOR

23

GERGEL, individually, as successors-in-interest to
ARNOLD GERGEL, deceased, and as co-Personal

24

Representatives of the Estate of ARNOLD
GERGEL; ALIA FAROUKH, individually, as

25

legal guardian for KARIM WARDE KHALIFEH
and MOHAMAD ALI KHALIFEH, as successor-

26

in-interest to HUSSEIN MOUNIR KHALIFEH,
deceased and as Personal Representative of the

27

Estate of HUSSEIN MOUNIR KHALIFEH;
CAMILLE LACOME, individually, as legal

28

guardian for ZOURI SALEMKOUR LACOME, as

CASE NO. 09-CV-05020-SI

[Assigned to Hon. Susan Y. Illston]

STIPULATION AND [PROPOSED]
ORDER REGARDING STAY OF
DEADLINES AND PROCEEDINGS

1  successor-in-interest to SAMIR SALEMKOUR,
   deceased and as Personal Representative of the
2  Estate of SALEMKOUR LACOME; MATTHIEU
   ARRONDO, individually, as successor-in-interest
3  to CATHERINE ARRONDO TAKVORIA,
   deceased, and as Personal Representative of the
4  Estate of CATHERINE ARRONDO TAKVORIA;
   CHANTAL KOEHLER, individually, as
5  successor-in-interest to AUDREY QUESADA,
   deceased, SANA ZERELLI, deceased, and
6  JASSIM ZERELLI, deceased, and as Personal
   Representative of the Estates of AUDREY
7  QUESADA, SANA ZERELLI, AND JASSIM
   ZERELLI; and GUY WARRIOR, individually, as
8  successor-in-interest to NEIL WARRIOR,
   deceased, and as Personal Representative of the
9  Estate of NEIL WARRIOR,

10                     Plaintiffs,

11         vs.

12  AIRBUS S.A.S.; HONEYWELL
    INTERNATIONAL; THALES GROUP; THALES
13  U.S.A., INC.; MOTOROLA, INC.; INTEL CO.;
    ROCKWELL COLLINS CO.; HAMILTON
14  SUNDSTRAND CORP.; GENERAL ELECTRIC
    CO.; GE AVIATION SYSTEMS, LLC;
15  ROSEMOUNT AEROSPACE INC..; DUPONT
    CO.; and RAYCHEM CO.,
16
                      Defendants.
17

18          Pursuant to Civil Local Rules 6-2 and 7-12, Defendants Intel Corporation, Airbus S.A.S.,
19
    Honeywell International Inc., Thales Avionics, S.A., Thales USA, Inc., Motorola, Inc., Rockwell
20
    Collins, Inc., Hamilton Sundstrand Corporation, General Electric Co., GE Aviation Systems LLC,
21
    Rosemount Aerospace Inc, E. I. du Pont de Nemours and Company and Raychem Corporation
22
    (collectively, "Defendants") and all Plaintiffs, by and through their respective counsel of record,
23
    HEREBY STIPULATE AS FOLLOWS:
24

25          1.      WHEREAS Defendants have filed with the Judicial Panel on Multidistrict

26  Litigation (the "Panel") a Joint Motion for Coordinated or Consolidated Pre-Trial Proceedings

27  Pursuant to 28 U.S.C. § 1407 (the "Motion"), seeking to consolidate this case with two other

28  actions also arising from the crash of Air France Flight 447 (the "Accident").

2.      WHEREAS the Panel has scheduled a hearing on Defendants' Motion for March 25, 2010.  A true and correct copy of the Panel's hearing order is attached hereto as Exhibit A.

3.      WHEREAS based upon this Court's orders, the Civil Local Rules, and the Federal Rules of Civil Procedure, certain pretrial deadlines have been set in this case that are inconsistent with the principal purpose of multidistrict consolidation, namely to ensure consolidated and coordinated pretrial proceedings for all actions.

4.      WHEREAS a stay pending the Panel's resolution of Defendants' Motion is supported by case law.  *See*, *e.g.*, *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360-61 (C.D. Cal. 1997) (holding that stay was warranted, pending resolution by the Panel of a motion to transfer and consolidate, because such a stay would conserve judicial resources and would not prejudice the parties); *Palmer v. Am. Honda Motor Co.*, No. CV 07-1904-PHX-DGC, 2008 WL 54914, at *1 (D. Ariz. Jan. 3, 2008) (same).

5.      WHEREAS the parties seek to conserve judicial resources and minimize procedural complexity and will not suffer prejudice from a temporary stay of proceedings and good cause therefore exists to stay deadlines for disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure in this case until the Panel resolves Defendants' Motion.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

All deadlines for disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure shall be stayed pending the Panel's resolution of Defendants' Motion.  The entry of this stay shall not be cited to the Panel by any party.  Defendants shall file and serve notice of the Panel's order within seven (7) days of entry of such order and request the Court to enter an amended scheduling order in this matter at that time.

1   **IT IS SO STIPULATED.**

2

3   Dated: March 9, 2010                    BOWLES & VERNA LLP

4
                                            By: _____/s/ Michael P. Verna_____
5                                                      Michael P. Verna

6                                              Attorneys for Plaintiffs

7

8   Dated: March 9, 2010                    PERKINS COIE LLP

9
                                            By: _____/s/ Philip A. Leider_____
10                                                    Philip A. Leider

11                                             Attorneys for Defendant
                                               INTEL CORPORATION
12

13  Dated: March 9, 2010                    HOGAN & HARTSON LLP

14
                                            By: _____/s/ Norman J. Blears_____
15

16                                             Attorneys for Defendant
                                               AIRBUS S.A.S
17

18
    Dated: March 9, 2010                    MORRISON & FOERSTER LLP
19

20                                          By: _____/s/ Don G. Rushing_____

21
                                               Attorneys for Defendant
22                                             HONEYWELL INTERNATIONAL INC.

23

24

25

26

27

28

- 4 -
STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF DEADLINES AND PROCEEDINGS
CASE NO. 09-CV-05020-SI

1

2 Dated:  March 9, 2010                         KAPLAN, MASSAMILLO & ANDREWS LLC

3                                                                  By: _____ /s/ Richard A. Walker _____

4

5                                                                       Attorneys for Defendant
                                                                  THALES GROUP AND THALES USA, INC.
6

7
  Dated:  March 9, 2010                         SCHNADER HARRISON SEGAL & LEWIS
8                                                                  LLP

9                                                                  By: _____ /s/ Leo J. Murphy _____

10

11                                                                      Attorneys for Defendant
                                                                         MOTOROLA, INC.
12

13 Dated:  March 9, 2010                         REED SMITH LLP

14
                                                                  By: _____ /s/ Patrick E. Bradley _____
15

16                                                                      Attorneys for Defendant
                                                                  ROCKWELL COLLINS, INC.
17

18
   Dated:  March 9, 2010                         JACKSON WALKER LLP
19
                                                                  By: _____ /s/ Robert F. Ruckman _____
20

21                                                                      Attorneys for Defendant
                                                                  ROCKWELL COLLINS, INC.
22

23

24 Dated:  March 9, 2010                         MENDES & MOUNT LLP

25                                                                  By: _____ /s/ Alan H. Collier _____

26

27                                                                      Attorneys for Defendant
                                                                  HAMILTON SUNDSTRAND CORPORATION
28

STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF DEADLINES AND PROCEEDINGS
CASE NO. 09-CV-05020-SI

1

2    Dated:  March 9, 2010                    PAUL, HASTINGS, JANOFSKY & WALKER
                                             LLP
3

4                                            By: _____ /s/ Christopher M. Mooney _____

5
                                             Attorneys for Defendant
6                                            GENERAL ELECTRIC COMPANY AND
                                             GE AVIATION SYSTEMS LLC
7

8    Dated:  March 9, 2010                    BLANK ROME LLP
9

10                                           By: _____ /s/ David Zeehandelaar _____

11
                                             Attorneys for Defendant
12                                           ROSEMOUNT AEROSPACE INC.

13

14   Dated:  March 9, 2010                    CROWELL & MORING LLP

15
                                             By: _____ /s/ Lisa J. Savitt _____
16

17                                           Attorneys for Defendant
                                             E. I. DU PONT DE NEMOURS AND
18                                                     COMPANY

19
     Dated:  March 9, 2010                    MENDES & MOUNT LLP
20

21                                           By: _____ /s/ Jason L. Vincent _____

22
                                             Attorneys for Defendant
23                                           RAYCHEM CORPORATION

24
             Pursuant to General Order 45 Section X.B., each of the above signatories concurs in the
25
     filing of this document.
26

27

28

1

**[PROPOSED] ORDER**

2

3

PURSUANT TO STIPULATION, IT IS SO ORDERED:

4

      All disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure in this matter

5

shall be stayed pending the Judicial Panel on Multidistrict Litigation's resolution of Defendants'

6

Joint Motion for Coordinated or Consolidated Pre-Trial Proceedings Pursuant to 28 U.S.C. §

7

1407.  Defendants shall file and serve notice of the Panel's order within seven (7) days of entry of

8

such order and request the Court to enter an amended scheduling order in this matter at that time.

9

DATED: _____, 2010

10

                                           Hon. Susan Y. Illston
                                           U.S. District Judge

11

024941\0000533\10724356.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF DEADLINES AND PROCEEDINGS
CASE NO. 09-CV-05020-SI