1 | MICHAEL P. VERNA (CA BAR #84070)
STEVEN P. MCFARLANE (CA BAR #240488)
2 | BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
3 | Walnut Creek, California 94596
Telephone: (925) 935-3300
4 | Facsimile: (925) 935-0371
5 | Email: mverna@bowlesverna.com

**CHAMBERS COPY**
**DO NOT FILE**

JUDGE **BREYER**

6 | Attorneys for Plaintiffs

7

8

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11 | **SAN FRANCISCO DIVISION**

12

13 | IN RE AIR CRASH OVER THE
MID-ATLANTIC ON JUNE 1, 2009
14 | **MDL Docket No. 10-02144-CRB**

15

16 | **This Document Relates To:**
**Case No. CV-09-5020-CRB**
17 | MARGITA GERGELOVA, et al.,

18 | Plaintiffs, | **STIPULATION AND [PROPOSED]**
**ORDER OF DISMISSAL WITH**
19 | vs. | **PREJUDICE**

20 | AIRBUS S.A.S.; et al.,
21
22 | Defendants.
23

24
25 | IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the

26 | respective parties hereto that:

27 | 1. The claims of Plaintiff CAMILLE LACOME in the above-captioned action are hereby

28 | dismissed with prejudice and without interest or costs to any party; and

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-02144-CRB
Case No. CV-09-5020-CRB

2. There is no just reason for delay of the entry of judgment dismissing the claims of the

aforementioned Plaintiff and entry of final judgment dismissing such claims hereby is Ordered.

Dated: September 23, 2011

| BOWLES & VERNA, LLP | PERKINS COIE LLP |
|---|---|
| By: /s/Michael P. Verna<br>Michael P. Verna<br>Steven P. McFarlane<br>2121 N. California Blvd., Suite 875<br>Walnut Creek, CA 94596<br>Telephone: (925) 935-3300<br>Facsimile: (925) 935-0371<br><br>*Attorneys for Plaintiffs* | By: /s/John Dillow<br>John Dillow<br>V.L. Woolston<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98191<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP | KAPLAN, MASSAMILLO & ANDREWS, LLC |
| By: /s/Thad T. Dameris<br>Thad T. Dameris<br>700 Louisiana Street, Suite 4300<br>Houston, TX 77002<br>Telephone: (713) 632-1400<br>Facsimile: (713) 583-6297<br>Thad.dameris@hoganlovells.com<br><br>Norman J. Blears<br>525 University Avenue, 4th Floor<br>Palo Alto, CA 94301<br>Telephone: (650) 463-4000<br>norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | By: /s/Eugene Massamillo<br>Eugene Massamillo<br>70 E. 55th Street, 25th Floor<br>New York, NY 10022<br>Telephone: (212) 922-0450<br>Facsimile: (212) 922-0530<br>emassamillo@kmalawfirm.com<br><br>Richard A. Walker<br>200 W. Madison Street, 16th Floor<br>Chicago, IL 60606<br>Telephone: (312) 345-3000<br>Facsimile: (312) 345-3119<br>Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A.* |

| | |
|---|---|
| 1 | |

CROWELL & MORING LLP

By: /s/Lisa J. Savitt
    Lisa J. Savitt
    1001 Pennsylvania Avenue, N.W.
    Washington, DC 20004
    Telephone: (202) 624-2500
    Facsimile: (202) 628-5116
    lsavitt@crowell.com

*Attorneys for E.I. du Pont de Nemours & Co.*

MORRISON & FOERSTER LLP

By: /s/William V. O'Connor
    William V. O'Connor
    12531 High Bluff Drive Suite 100
    San Diego, CA 92130
    Telephone: (858) 720-5100
    Facsimile: (858) 720-5125
    woconnor@mofo.com

*Attorneys for Honeywell International Inc.*

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/Jonathan M. Stern
    Jonathan M. Stern
    750 Ninth Street, N.W. Suite 550
    Washington, DC 20001
    Telephone: (202) 419-4202
    Facsimile: (202) 419-4252
    jstern@schnader.com

*Attorneys for Motorola, Inc.*

REED SMITH LLP

By: /s/Patrick E. Bradley
    Patrick E. Bradley
    136 Main Street, Suite 250
    Princeton Forrestal Village
    Princeton, NJ 08450
    Telephone: (609) 987-0050
    Facsimile: (609) 951-0824
    pbradley@reedsmith.com

*Attorneys for Rockwell Collins, Inc.*

PAUL HASTINGS JANOFSKY & WALKER LLP

By: /s/Sheila A. Sundvall
    Sheila A. Sundvall
    191 North Wacker Drive, 30th Floor
    Chicago, IL 60606
    Telephone: (312) 499-6000
    Facsimile: (312) 499-6100
    sheilasundvall@paulhastings.com

*Attorneys for GE Aviation Systems, LLC and General Electric Co.*

BLANK ROME LLP

By: /s/Raymond G. Mullady, Jr.
    Raymond G. Mullady, Jr.
    Watergate 600 New Hampshire Ave., NW
    Washington, DC 20037
    Telephone: (202) 772-5828
    Facsimile: (202) 572-8414
    mullady@blankrome.com

*Attorneys for Rosemount Aerospace Inc.*

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-02144-CRB
Case No. CV-09-5020-CRB

1

2
3   FITZPATRICK & HUNT, TUCKER,
    COLLOER, PAGANO, AUBERT, LLP

4

5   By:  /s/James W. Hunt
         James W. Hunt
6        Mark R. Irvine
         633 West Fifth Street, 60th Floor
7        Los Angeles, CA 90071
         Telephone: (213) 873-2100
8        Facsimile: (213) 873-2125
         James.hunt@fitzhunt.com
9        Mark.irvine@fitzhunt.com
10
11  *Attorneys for Tyco Electronics Corporation and
    Raychem Corporation*
12

FITZPATRICK & HUNT, TUCKER,
COLLOER, PAGANO, AUBERT, LLP

By:  /s/Alan H. Collier
     Alan H. Collier
     Aghavni Kasparian
     633 West Fifth Street, 60th Floor
     Los Angeles, CA 90071
     Telephone: (213) 873-2100
     Facsimile: (213) 873-2125
     alan.collier@fitzhunt.com
     aghavni.kasparian@fitzhunt.com

*Attorneys for Hamilton Sundstrand Corporation*

13

14  **IT IS SO ORDERED.**

15  Dated: September 27, 2011

16

17

18  Hon. Charles R. Breyer

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                          MDL Docket No. 10-02144-CRB
OF DISMISSAL WITH PREJUDICE                                    Case No. CV-09-5020-CRB